# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 5, 2025

Lyle W. Cayce
Clerk

No. 24-50724

———————

Ronald Smith,

*Plaintiff—Appellant*,

*versus*

Bexar County; Ramiro Sanchez, *Bexar County Deputy*,

*Defendants—Appellees*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-623

———————————————————

Before Elrod, *Chief Judge*, Engelhardt, *Circuit Judge*, and Guidry, *District Judge*.[*]

Per Curiam:[**]

Having reviewed the briefs, record, and opinion of the district court, and having heard oral argument, we see no reversible error. Affirmed. 5th Cir. R. 47.6.

_____

[*] United States District Judge for the Eastern District of Louisiana, sitting by designation.

[**] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.